■ KAROUZIN MARDIROS, Respondent, v NABIL GHALY et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same Memorandum as in *Mardiros v Ghaly* ([appeal No. 1] 175 AD2d 680 [decided herewith]). (Appeal from Order of Supreme Court, Suffolk County, Baisley, J.—Reargument.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of JOEL HENTZ, Appellant, v STATE OF NEW YORK OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Underwood, J. (Appeal from Judgment of Supreme Court, Suffolk County, Underwood, J.—Article 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of FALISHA B., a Person Alleged to be a Juvenile Delinquent.—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Petitioner presentment agency concedes that it failed to fulfill its discovery obligations to respondent *(see,* Family Ct Act § 331.4; *People v Rosario,* 9 NY2d 286, *rearg denied* 9 NY2d 908, *cert denied* 368 US 866, *rearg denied* 14 NY2d 876, 15 NY2d 765). Furthermore, petitioner has determined that "on the particular facts of this case, a retrial would not serve the ends of justice", and thus, consents to dismissal of its petition). (Appeal from Order of Queens County Family Court, De Phillips, J.—Juvenile Delinquency.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.